**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**
**www.flmb.uscourts.gov**

In re:                                                    **Case No: 6:19-bk-04496-CCJ**
                                                          **Chapter 7**

**MAMIE KING RANDOLPH,**

       **Debtor.**

_____/

### DEBTOR'S RESPONSE TO MOTION FOR RELIEF FROM AUTOMATIC STAY

Debtor, MAMIE KING RANDOLPH, by and through undersigned counsel, in response to the Motion for Relief from Stay [the "Motion"] (Doc. No. 6) filed by Specialized Loan Servicing, LLC ("Creditor"), would show as follows:

1.      The Debtor owns the real property (the "property") described in paragraph 4 of the Motion and has substantial equity in the property.

2.      Creditor's interest in the Debtor's interest in the property is adequately protected by the substantial equity in the property.

3.      The Debtor has submitted to Creditor a complete information for loss mitigation assistance and is awaiting a loan modification agreement.

Wherefore, Debtor prays this Court deny the relief prayed for and grant such other relief that may be just and proper in the circumstances.

                        /s/ Robert B. Branson
                        Robert B. Branson, Esquire
                        Florida Bar No.: 800988
                        E-mail: _robert@bransonlaw.com_
                        **BransonLaw PLLC**
                        1501 E. Concord Street
                        Orlando, Florida 32803
                        Telephone: (407) 894-6834
                        Facsimile: (407) 894-8559
                        Attorney for Debtor

## <u>CERTIFICATE OF SERVICE</u>

A true and correct copy of the foregoing has been sent by U.S. Mail or by electronic transmission to ECF users this 06th day of August, 2019, to: Carla P. Musselman, Trustee, 1619 Druid Road, Maitland, FL 32751; The Office of the United States Trustee, George C. Young Federal Building, 400 West Washington Street, Suite 3100, Orlando, Florida 32801; Debtor, Mamie King Randolph, 2170 Big Buck Drive, Saint Cloud, FL 34772; Specialized Loan Servicing, LLC, c/o Gavin Stewart, Esquire, P.O. Box 5703, Clearwater, FL 33758.


/s/ Robert B. Branson
Robert B. Branson, Esquire